IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANDY EADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-055 |
| | ) | |
| DODGE COUNTY JAIL; INMATE MEDICAL SERVICE; LYNN SHEFFIELD, Sheriff; MS. DAVIS, Inmate Medical Service; and MS. FERGUSON, Inmate Medical Service, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of March, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE